# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3105
LT Case No. 2011-CF-12075-A

_____

EMANUAL KEITH PRESLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Emanual Keith Presley, Arcadia, pro se.

No Appearance for Appellee.

January 23, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____